# United States Court of Appeals
## For the First Circuit

No. 09-2415

UNITED STATES OF AMERICA,

Appellee,

v.

ÁNGEL CAMACHO, A/K/A ANÍBAL CASTRO,

Defendant, Appellant.

**ERRATA SHEET**

The opinion of this Court issued on November 23, 2011, is amended as follows:

On page 3, lines 3 and 10: replace "Sargeant" with "Sergeant".

On page 3, line 12: replace "Sgt." with "Sergeant".

On page 5, line 12: replace "Sgt." with "Sergeant".